John D. Gallegos, Esq. (Bar No. 150705)
The Law Offices of John D. Gallegos
35-900 Bob Hope Drive, Suite 170
Rancho Mirage, CA 92270

760/328-5999
760/328-5900 - Fax

Attorney for Defendant Patricia Gonzales Renteria


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:13-CR-00184-LJO-SKO |
| PLAINTIFF, | ) |
| vs. | ) STIPULATION RE: CONTINUANCE AND ) FINDINGS AND ORDER |
| STEVEN ROBERT RENTERIA, et. al., | ) |
| DEFENDANTS. | ) |

    Defendants, PATRICIA GONZALES RENTERIA AND STEVEN ROBERT

RENTERIA by and through their attorneys, JOHN D. GALLEGOS, T.

LANCE ARCHER, and the United States of America, by and through

its attorney, LAUREL J. MONTOYA, Assistant United States

Attorney, hereby enter into the following stipulation:

    1. The parties to the above-captioned matter agree to vacate

        the February 24, 2014, hearing date, and reset the matter

        for March 31, 2014, at 11:00 a.m., and to exclude time

        between February 24, 2014 and March 31, 2014, under 18

        U.S.C.§ 3161(h)(7)(A), B(iv).

    2. The parties stipulate that the continuance is necessary

        to ensure the availability and continuity of defense

counsel for the hearing.  Attorney Archer will be in
trial on February 24, 2014 and unable to appear in the
Eastern District of California on the date presently set.

3. Based on the above, the ends of justice served by
continuing the case as requested outweigh the interest of
the public and the defendant in a trial within the
original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial
Act, 18 U.S.C. § 3161, et seq., within which trial must
commence, the time period of February 24, 2014 to March
31, 2014, inclusive, is deemed excludable pursuant to 18
U.S.C.§ 3161(h)(7)(A) and (B)(iv) because it results from
a continuance granted by the Court at defendant's request
on the basis of the Court's finding that the ends of
justice served by taking such action outweigh the best
interest of the public and the defendants interest in a
speedy trial.

5. Nothing in this stipulation and order shall preclude a
finding that other provisions of the Speedy Trial Act
dictate that additional time periods are excludable from
the period within which a trial must commence.

Dated: February 20, 2014        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                BY:  /s/ Laurel J. Montoya
                                   LAUREL J. MONTOYA
                                   Assistant U.S. Attorney

///

///

Dated: February 20, 2014        BY:   /s/ John D. Gallegos
                                      JOHN D. GALLEGOS
                                      Attorney for Defendant
                                      PATRICIA GONZALEZ RENTERIA


Dated: February 20, 2014        BY:   T. Lance Archer
                                      T. LANCE ARCHER
                                      Attorney for Defendant
                                      STEVEN ROBERT RENTERIA


                                ORDER

     Having read and considered the foregoing stipulation,

IT IS THE ORDER FO THE Court that the current hearing date of

February 24, 2014 is hereby vacated in this matter and is reset

for March 31, 2014, at 11:00 a.m.

     The court further finds that the ends of justice served by

granting the requested continuance outweigh the best interests of

the public and defendants in a speedy trial, in that the failure

to grant the continuance would deny the defendant's availability

and continuity of counsel.

     WHEREFORE IT IS HEREBY ORDERED that time shall be excluded

in the interest of justice, pursuant to 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

     Dated:   **February 20, 2014**        **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE