BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RENTERIA, and<br>PATRICIA RENTERIA,<br><br>Defendants. | CASE NO.  1:13-cr-00184 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on June 23, 2014 at 8:30 a.m.

    2.    The defendants wish to be sentenced by the Hon. Lawrence J. O'Neill who is unavailable on the date currently set.

    3.    By this stipulation, the defendants now move to continue the sentencing to August 4, 2014, at 8:30 a.m. due to a scheduling conflict.  The government does not oppose this request.

///

///

4. The parties agree and stipulate, and request that the Court order the sentencing hearing be continued from June 23, 2014 to August 4, 2014 at 8:30 a.m.

IT IS SO STIPULATED.

DATED: June 16, 2014       /s/ Laurel J. Montoya
                           LAUREL J. MONTOYA
                           Assistant United States Attorney

DATED: June 16, 2014       /s/ John D. Gallegos
                           JOHN D. GALLEGOS
                           Attorney for Defendant Steven Renteria

DATED: June 16, 2014       /s/ Lance Archer
                           LANCE ARCHER
                           Attorney for Defendant Patricia Renteria

O R D E R

IT IS SO ORDERED that the sentencing hearing presently set for June 23, 2014 be continued to August 4, 2014 at 8:30 a.m.

**SO ORDERED**
**Dated: June 17, 2014**

       /s/ Lawrence J. O'Neill
       **United States District Judge**

Renteria Stipulation and Proposed Order

2